~~Exhibit A~~

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARK B. JONES, )<br><br>Plaintiff, )<br><br>v. )<br><br>ACUREN INSPECTION, INC. )<br><br>Defendant. ) | Civil Action No.: 3:23-cv-01054-VAB |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree that this Action shall be dismissed with prejudice, with all rights of appeal waived, and with costs to be borne by the respective parties.

Dated April 23, 2024

Respectfully submitted,

| CLARK B. JONES, | ACUREN INSPECTION, INC. |
|---|---|
| By his attorney, | By its attorney, |
| /s/ 04/23/2024 | /s/ Jonathan D. Persky 5/20/2024 |
| Daniel J. Seiden (ct29122) | Jonathan D. Persky (ct30739) |
| dan@monarchlawct.com | jpersky@constangy.com |
| Monarch Law LLC | Constangy, Brooks, Smith, & Prophete LLP |
| 1 Schooner Lane, 1C | 535 Boylston St., Suite 902 |
| Milford, CT 06460 | Boston, MA 02116 |
| P: (203) 875-0201 | P: (617) 849-7880 |
| F: (860) 909-0039 | F: (617) 849-7870 |

## CERTIFICATE OF SERVICE

I, hereby certify that, on May 20, 2024, a true and correct copy of the foregoing document was served upon all parties as indicated in the Notice of Electronic Filing (NEF).

/s/ Jonathan D. Persky

6
10350333v1